# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Abrams, Ronnie | **2. Court or Organization**<br><br>Southern District of New York | **3. Date of Report**<br><br>07/31/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>District Judge - Active Status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>40 Foley Square<br>New York, NY 10007-1312 | | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Davis Polk & Wardwell LLP - K1 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/31/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Andres Family Partnership | E | Int./Div. | N | U | | | | | |
| 2. Rosbur Corporation | D | Dividend | M | T | | | | | |
| 3. Citibank Cash Accounts | A | Interest | P1 | T | | | | | |
| 4. Brokerage Accounts (H) | | | | | | | | | |
| 5. Morgan Stanley - MMA - Cash | A | Interest | J | T | | | | | |
| 6. Delaware Diversified Income Fund | A | Dividend | J | T | | | | | |
| 7. Cullen International High Dividend Fund - Institutional Class | D | Dividend | M | T | Sold (part) | 04/16/19 | J | A | |
| 8. Lord Abbett Intermediate Tax Free Fund - Class F | D | Dividend | N | T | Buy (add'l) | 11/06/19 | L | | |
| 9. Lord Abbett Growth Leaders Fund | C | Dividend | L | T | | | | | |
| 10. Lord Abbett Affiliated Fund | D | Dividend | M | T | Sold (part) | 1/28/19 | J | A | |
| 11. | | | | | Sold (part) | 07/24/19 | J | A | |
| 12. Pimco Income P | D | Dividend | M | T | | | | | |
| 13. Guggenheim Macro Opport I | C | Dividend | M | T | Sold (part) | 3/11/19 | K | A | |
| 14. | | | | | Sold (part) | 04/22/19 | K | A | |
| 15. | | | | | Sold (part) | 09/24/19 | J | A | |
| 16. Delaware Value Instl | D | Dividend | M | T | | | | | |
| 17. Doubleline Total Return | D | Dividend | M | T | Sold (part) | 03/11/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/22/19 | K | A | |
| 19. Angel Oak Multi Strat | D | Dividend | M | T | Sold (part) | 01/29/19 | K | A | |
| 20. | | | | | Sold (part) | 03/11/19 | K | A | |
| 21. | | | | | Sold (part) | 04/22/19 | K | A | |
| 22. Putnam Diversified Inc TR | B | Dividend | K | T | Sold (part) | 01/29/19 | L | A | |
| 23. | | | | | Sold (part) | 03/11/19 | K | A | |
| 24. | | | | | Sold (part) | 04/22/19 | K | A | |
| 25. Lord Abbett Flt Rt | D | Dividend | | | Sold (part) | 01/07/19 | K | A | |
| 26. | | | | | Sold (part) | 4/16/19 | J | A | |
| 27. | | | | | Sold (part) | 04/22/19 | K | A | |
| 28. | | | | | Sold | 9/24/19 | M | A | |
| 29. Cullen Emerging Mkts High Div | A | Dividend | J | T | | | | | |
| 30. PGIM Jennison Growth Fund | D | Dividend | M | T | | | | | |
| 31. MSIF Ultra-Short Income Fund | B | Dividend | M | T | Buy (add'l) | 11/05/19 | M | | |
| 32. Goldman Sachs Dynmc Muni | A | Dividend | M | T | Buy | 11/06/19 | M | | |
| 33. IRA # 1 (H) | | | | | | | | | |
| 34. Morgan Stanley - MMA - Cash | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cullen International High Dividend Fund - Institutional Class | C | Dividend | M | T | Sold (part) | 10/31/19 | J | A | |
| 36. Wells Fargo Advantage Emerging Markets Equity Fund - Class I | A | Dividend | K | T | | | | | |
| 37. Pimco Total Return Fund - Class P | C | Dividend | L | T | Sold (part) | 10/29/19 | L | A | |
| 38. Angel Oak Multi Strategy Income | B | Dividend | K | T | | | | | |
| 39. EV Income Fund of Boston I | A | Dividend | J | T | | | | | |
| 40. Harbor Cap Appreciation | E | Dividend | M | T | | | | | |
| 41. Delaware Value Instl | D | Dividend | M | T | Sold (part) | 01/30/19 | J | A | |
| 42. | | | | | Sold (part) | 07/26/19 | J | A | |
| 43. Lord Abbett FLT RT | A | Dividend | | | Sold (part) | 01/29/19 | J | A | |
| 44. | | | | | Sold (part) | 04/18/19 | J | A | |
| 45. | | | | | Sold | 10/29/19 | J | A | |
| 46. Doubleline Total Return I | B | Dividend | L | T | | | | | |
| 47. Harding Loevner Intl Eqty | A | Dividend | L | T | | | | | |
| 48. Principal SM MDCP Div Inc I | C | Dividend | M | T | Sold (part) | 07/26/19 | J | A | |
| 49. Principal SPC PRF&CP Sec | A | Dividend | L | T | Buy | 10/31/19 | L | | |
| 50. Inherited IRA (H) | | | | | | | | | |
| 51. Morgan Stanley - MMA - Cash | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cullen International High Dividend Fund - Institutional Class | A | Dividend | J | T | | | | | |
| 53. EV Income Fund of Boston I | A | Dividend | J | T | | | | | |
| 54. Harbor Cap Appreciation Inst | D | Dividend | L | T | | | | | |
| 55. Lord Abbett FLT RT F | B | Dividend | | | Sold (part) | 01/30/19 | J | A | |
| 56. | | | | | Sold (part) | 07/26/19 | J | A | |
| 57. | | | | | Sold (part) | 09/09/19 | J | A | |
| 58. | | | | | Sold | 10/29/19 | K | A | |
| 59. Principal SPC PRF&CP Sec | A | Dividend | K | T | Buy | 10/31/19 | K | | |
| 60. NYS 529 College Savings Plans - Managed by Vanguard (H) | | | | | | | | | |
| 61. Developed Market Index | A | Int./Div. | K | T | | | | | |
| 62. Growth Stock Index Portfolio | A | Int./Div. | K | T | | | | | |
| 63. Value Stock Index Portfolio | A | Int./Div. | K | T | | | | | |
| 64. Small Cap Stock Index | A | Int./Div. | J | T | | | | | |
| 65. Trusts (H) - Beneficiaries | | | | | | | | | |
| 66. MSIF Ultra-Short Income Fund | A | Int./Div. | | | Sold | 05/17/19 | L | A | |
| 67. IShares MSCI Eafe | B | Int./Div. | L | T | Buy | 05/22/19 | K | | |
| 68. | | | | | Buy (add'l) | 11/07/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Ishares MSCI Emerging Mkts | A | Int./Div. | K | T | Buy | 05/22/19 | J | | |
| 70. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 71. SPDR S&P 500 ETF | A | Int./Div. | M | T | Buy | 05/22/19 | L | | |
| 72. | | | | | Buy (add'l) | 11/07/19 | L | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Abrams, Ronnie** | 07/31/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Abrams, Ronnie | 07/31/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ronnie Abrams**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544